**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                          :
                                                   :
                          Plaintiff,               :
                                                   :                ORDER
                                                   :
          -against-                                :        18 Crim. 509-002 (GBD)
                                                   :
ELVIN BAGHIR-PUR,                                  :
                                                   :
                          Defendant.               :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

On May 11, 2022, Defendant Elvin Baghir-Pur moved to modify the terms of his supervised release to temporarily relocate for six months to live and work in Baku, Azerbaijan.  Defendant is not a U.S. citizen, although he does have permanent resident status.

Defendant was recently sentenced on January 5, 2022 to time served and three-years supervised release.  Probation and the Government oppose Defendant's proposal to modify the terms of his supervised release, because he cannot be adequately supervised if he is residing abroad.

Defendant's application that he be permitted at this point to leave the United States for a period of six months is DENIED.

Dated: New York, New York
       June 6, 2022

                                        SO ORDERED.

                                        *George B Daniels*

                                        GEORGE B. DANIELS
                                        United States District Judge