UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

-against-

DIYORA ASHIROVA, *et al.*,

Defendants.

------------------------------------x

ORDER

18 Crim. 509 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the open letter motion at ECF No. 768 (Requesting Bail Modification for Igor Stasovskiy) as having been resolved by this Court's Order at ECF No. 769.

The Clerk of Court is directed to close the open letter motion at ECF No. 778 (Requesting Modification of Conditions of Supervised Release for Elvin Baghir-Pur) as having been resolved by this Court's Order at ECF No. 786.

Dated: April 4, 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge